JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER M. FLESHER, | Case No. CV 20-3937-AB (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| LOS ANGELES COUNTY JAIL MEDICAL STAFF, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 1, 2020

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge